AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Milton Mauricio Tachin-Ortiz<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  25-MJ-00036<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2025__ in the county of __Rapides__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan Thomas, DHS-ICE Senior Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 11, 2025

_____
*Judge's signature*

City and state: Alexandria, Louisiana    U.S. Magistrate Judge Joseph H. L. Perez Montes
*Printed name and title*